UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 APR 11 PM 2:31

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAURA HORACK (02),

    Defendant.

CASE NO. 07CR0609-JM

JUDGMENT OF DISMISSAL

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

XX the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 29, 2007

JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

ENTERED ON _____